UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HIEN HUU TRAN, | No. 5:26-cv-02806-ODW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is GRANTED and Respondents are ORDERED immediately release Petitioner Hien Huu Tran (A# 025 146 878) from custody, subject to conditions of release no more restrictive than necessary to ensure his appearance at future immigration proceedings as required and to protect the community.

Dated: July 1, 2026



_____

OTIS D. WRIGHT, II
United States District Judge